**MEMO ENDORSED**

# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

February 20, 2014

2-26-14

RECEIVED
FEB 24 2014
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Hon. Andrew L. Carter
United States District Court Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: **United States v. Edwin Araujo, et al.**
13 CR 811 (ALC)

Dear Judge Carter:

I represent defendant **Jose Gonzalez** in the above referenced matter pursuant to assignment under the Criminal Justice Act. I write to respectfully request permission to submit interim vouchers for services performed in this case.

As Your Honor is aware, due to the enormous quantity of discovery involved in this case the litigation preparation is both complex and time consuming. The granting of this application would assist counsel in the management of his practice as we move forward in review and preparation for trial.

Thank you for your consideration to this request and your continued courtesies to counsel.

The application is ✓ granted.
☐ denied.

*[signed]*
Andrew L. Carter Jr, U.S.D.J.
Dated: 2-26-14
NY, New York

Very sincerely,

*[signed]*
Richard H Rosenberg