UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

**13 Cr. 811 (ALC)**
**ORDER**

v.

JOSE GONZALEZ,,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
10-22-14

----------------------------------------------------------X

Upon the EX-PARTE application of JOSE GONZALEZ, by his attorney Richard H.

Rosenberg, Esq., for an Order authorizing the appointment of Margaret Clemons of the MC

Group Ltd., as Investigator pursuant to the Criminal Justice Act, 18 U.S.C. § 3006 A;

IT IS HEREBY ORDERED, that

MARGARET CLEMONS of the MC Group Ltd. is appointed as Investigator to assist

appointed counsel Richard H. Rosenberg, Esq. in the representation of JOSE GONZALEZ in the

above-captioned matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006a, and is

authorized to bill at the rate of ninety dollars ( $90.00 ) per hour, with authorization to bill for an

initial period of fifty (50 ) hours. Any further hours require further approval.

Dated: New York, New York
October 22 , 2014

SO ORDERED

Hon. Andrew L. Carter
United States District Court Judge